# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| JERMAINE ANDERSON | CIVIL ACTION NO. 25-0205 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| DEPT OF PROPERTY STANDARDS ET AL | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that this civil action is **DISMISSED WITH PREJUDICE** for failure to state a claim on which relief may be granted.

**IT IS FURTHER ORDERED** that the Clerk of Court decline to file any civil complaint submitted by Jermaine Anderson a/k/a Jermaine Anderson Joseph unless the complaint has been presented first to a district judge of this court and the judge has specifically authorized in writing that the complaint may be filed.

**IT IS FURTHER ORDERED** that any motion to proceed in forma pauperis that accompanies such a complaint be referred to a district judge for action.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this the 20th day of March, 2025.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE